IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ROBERT HALF INTERNATIONAL, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 11-2226 |
| THEODORE M. STOUT, | ) ) ) | |
| Defendant. | ) | |

OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

WHEREAS, upon consideration of Plaintiff Robert Half International Inc., doing business as Robert Half Technology's ("RHI"), Status Report – Compliance with Temporary Restraining Order and Motion for Further Relief, IT IS HEREBY ORDERED that:

1. RHI is permitted to have its forensic experts image and retain, then remove the SRT folder, the PDF created from the SRT folder, the two Wells Fargo computer operating direction sheets and the email PowerPoint from Defendant's personal computer devices.

2. RHI will return to Defendant his personal computer devices without the SRT folder, the PDF created from the SRT folder, the two Wells Fargo computer operating direction sheets and the email PowerPoint.

3. RHI will place the SRT folder, the PDF created from the SRT folder and the e-mail PowerPoint screen shots onto a CD and file it under seal with this Court.

4. If Defendant, or an attorney on his behalf, does not pursue a claim within the next two years, the CD filed under seal with this Court will be returned to RHI's counsel, who will thereafter retain the CD for five additional years.

5. If Defendant discovers any device containing confidential information of RHI, Wells Fargo, Wells Fargo Services, and/or its clients, Defendant will immediately notify RHI's counsel and cooperate in the return or destruction of such information at counsel's direction.

6. Defendant will refrain from using, disclosing or sharing with others or encouraging others to use any of the confidential information, data, auditing processes or procedures of Wells Fargo.

7. RHI will return the Laptop to Wells Fargo in its current state.

IT IS SO ORDERED.

ENTERED: November 16, 2011.

FOR THE COURT:

s/ Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATE DISTRICT JUDGE